UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MIGUEL AZCUY RUIZ,

     Petitioner,

v.                                                              No. 1:25-CV-203-H

KRISTI NOEM, et al.,

     Respondents.

### NOTICE OF DEFICIENCY

On October 9, 2025, the Court issued a notice of deficiency directing the petitioner to file an amended habeas petition within 30 days. Dkt. No. 4 at 3. The Court issued similar notices in two separate cases involving related petitioners: *Damaris Rivero Rodriguez v. Warden, Bluebonnet Detention Center, et al.*, No. 1:25-CV-204-H (Dkt. No. 4), and *Marcos Azcuy Rivero v. Warden, Bluebonnet Detention Center, et al.*, No. 1:25-CV-205-H (Dkt. No. 4).

The petitioner has now filed a first amended habeas petition in this case that seeks relief for himself and the two related petitioners. *See* Dkt. No. 5 at 2–3. He did not, however, move to consolidate the three cases. Accordingly, counsel for the petitioner is directed to file a motion for consolidation or, alternatively, to file amended habeas petitions in each individual case by no later than November 13, 2025.

So ordered on October 30, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE