UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MIGUEL AZCUY RUIZ,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Respondents. | No. 1:25-CV-203-H |
| DAMARIS RIVERO RODRIGUEZ,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, BLUEBONNET<br>DETENTION CENTER, et al.,<br><br>    Respondents. | No. 1:25-CV-204-H |
| MARCOS AZCUY RIVERO,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN, BLUEBONNET<br>DETENTION CENTER, et al.,<br><br>    Respondents. | No. 1:25-CV-205-H |

### ORDER

Before the Court is the petitioners' motions to consolidate the above-captioned cases. No. 1:25-CV-203-H, Dkt. No. 7; No. 1:25-CV-204-H, Dkt. No. 5; No. 1:25-CV-205-H, Dkt. No. 5. Each petitioner's habeas petition arises from the same common set of alleged

operative facts, and consolidation would avoid unnecessary costs or delay. *See* Fed. R. Civ. P. 42(a). The Court therefore grants the motions.

Civil Action No. 1:25-CV-203-H is consolidated with Civil Action Nos. 1:25-CV-204-H and 1:25-CV-205-H. Pursuant to N.D. Tex. Civ. R. 42.1, all pleadings, motions, or other papers must be filed in Civil Action No. 1:25-CV-203-H and bear only the caption of that case, together with the legend required by Rule 42.1.

The Clerk of Court shall administratively close Civil Action Nos. 1:25-CV-204-H and 1:25-CV-205-H for statistical purposes.

So ordered on October 31, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE