UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MIGUEL AZCUY RUIZ, et al.,

    Petitioners,

v.       No. 1:25-CV-203-H

KRISTI NOEM, et al.,

    Respondents.

## SHOW-CAUSE ORDER

Before the Court is the petitioners' first amended petition for a writ of habeas corpus and request for relief under the All Writs Act. Dkt. No. 5. Pursuant to 28 U.S.C. § 2243, the Court enters this "order directing the respondent[s] to show cause why the writ should not be granted." The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioners' writ and request for relief under the All Writs Act should not be granted by no later than November 20, 2025. The petitioners may file a reply to the respondents' answer by no later than December 4, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioners' reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on November 3, 2025, a notice addressing whether the government will commit not to remove the petitioners pending the Court's resolution of the petitioners' first amended habeas petition and request for relief under the All Writs Act (Dkt. No. 5). The respondents' notice should also address what notice, if any, the respondents will give the petitioners' counsel

prior to moving Ms. Rivero Rodriguez and Mr. Azcuy Rivero outside of the Northern District of Texas.[1]

Service of this Order, as well as the first amended petition and request for relief under the All Writs Act (Dkt. No. 5), shall be made by the petitioners on the Acting United States Attorney for the Northern District of Texas, Nancy Larson, by 5:00 p.m. CT on November 1, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on October 31, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] On October 8, 2025, a third-party, non-lawyer individual hand-delivered a form habeas petition for filing over the counter on behalf of the lead petitioner, Miguel Azcuy Ruiz. *See* Dkt. No. 1. The Court issued a notice of deficiency explaining that the purported next-of-friend had "no authority to file a habeas petition on behalf of Mr. [Azcuy] Ruiz." Dkt. No. 4 at 2. Because there was no indication that Mr. Azcuy Ruiz "consented to, or even [knew] about," the filing of the petition, the Court directed him to file an amended, signed petition within 30 days. *Id.* at 1, 3. At the time, Mr. Azcuy Ruiz was present in the Northern District of Texas. *See id.* at 1. Since then, the respondents have moved Mr. Azcuy Ruiz outside of the District. Dkt. No. 5 at 3, 6. The petitioners maintain that the Court still has jurisdiction over Mr. Azcuy Ruiz's petition because he was present in the District "at the time the original habeas petition was filed." *Id.* at 6. Given the impermissible next-of-friend filing, the respondents are directed to brief whether the Court retains jurisdiction over Mr. Azcuy Ruiz's petition. The petitioners may also brief the issue in their reply.