UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MIGUEL AZCUY RUIZ, et al.,

    Petitioners,

v.    No. 1:25-CV-203-H

KRISTI NOEM, et al.,

    Respondents.

## ORDER

Before the Court is the respondents' response in opposition to the first amended petition for a writ of habeas corpus and request for relief under the All Writs Act. Dkt. No. 14. On October 31, 2025, the Court ordered the respondents to show cause why the writ and request for relief should not be granted. Dkt. No. 9. The Court also directed the respondents to brief whether the Court retains jurisdiction over Mr. Azcuy Ruiz's petition. *Id.* at 2 n.1. The respondents did not address that issue in their response. Accordingly, the respondents are ordered to file a supplemental response by no later than November 28, 2025, that addresses the jurisdictional issue identified in the Court's show-cause order. *See id.* The supplemental response shall also address the petitioners' argument that they are entitled to relief under the All Writs Act—specifically, that the Court may order respondents to return Mr. Azcuy Ruiz to Prairieland Detention Center to be reunited with his son. Dkt. No. 5 at 5. Again, the petitioners may brief these issues in their reply. Dkt. No. 9 at 2 n.1.

So ordered on November 20, 2025.

                          JAMES WESLEY HENDRIX
                          UNITED STATES DISTRICT JUDGE