UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MIGUEL AZCUY RUIZ, et al.,

    Petitioners,

v.                                                                No. 1:25-CV-203-H

KRISTI NOEM, et al.,

    Respondents.

## ORDER

Before the Court is the parties' joint stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 20. The joint stipulation is approved. The petitioners' claims against the respondents are dismissed without prejudice, and the Clerk of Court is directed to close the case. The parties shall each bear their own costs and attorneys' fees.

So ordered on February 27, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE